**U.S. District Court**

**Eastern District of California - Live System**

# Notice of Electronic Filing

The following transaction was entered on 8/28/2017 at 3:49 PM PDT and filed on 8/28/2017

**Case Name:** USA v. Lopez
**Case Number:** 1:17-mj-00138-BAM
**Filer:**
**Document Number:** 7(No document attached)

**FILED**
SEP 1 - 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Docket Text:**
**MINUTES (Text Only)** for proceedings before Magistrate Judge Erica P. Grosjean: IDENTITY HEARING as to Christian Lopez held on 8/28/2017. Witness Brandon Stallworth sworn and testified. Government exhibits 1-6 were admitted into the record. The Court finds that defendant is the named-individual charged in the Indictment issued by the USDC, Northern District of California, San Francisco Division., Case No. CR17-334 WHO. *Defendant is directed to appear on 9/6/2017 at 9:30 AM at said Court.* Government Counsel: Mark McKeon present. Defense Counsel: Andrew Wong present. Custody Status: O/R - defendant present. Court Reporter/CD Number: ECRO - Otilia Rosales. (Rooney, M)

**1:17-mj-00138-BAM-1 Notice has been electronically mailed to:**

Andrew Wong     andrew_wong@fd.org, margaret_camacho@fd.org

Mark Joseph McKeon     mark.mckeon@usdoj.gov, caseview.ecf@usdoj.gov, Filly.DaSilva@usdoj.gov, Lynette.Dixon@usdoj.gov, usacae.ecffrsgen@usdoj.gov

**1:17-mj-00138-BAM-1 Electronically filed documents must be served conventionally by the filer to:**

I hereby attest and certify on 8/30/2017 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
MARIANNE MATHERLY
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

## U.S. District Court
## Eastern District of California - Live System (Fresno)
## CRIMINAL DOCKET FOR CASE #: 1:17-mj-00138-BAM-1
## Internal Use Only

Case title: USA v. Lopez
Other court case number: CR17-334 WHO Northern District of CA

Date Filed: 08/23/2017
Date Terminated: 08/30/2017

Assigned to: Magistrate Judge Barbara A. McAuliffe

### Defendant (1)
**Christian Lopez**
*TERMINATED: 08/30/2017*

represented by **Andrew Wong**
Federal Defenders Office
2300 Tulare Street, Suite 330
Fresno, CA 93721
559-487-5561-133
Fax: 559-487-5950
Email: andrew_wong@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

I hereby attest and certify on 8/30/2017 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
MARIANNE MATHERLY
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

### Pending Counts
None

**Disposition**

### Highest Offense Level (Opening)
None

### Terminated Counts
None

**Disposition**

### Highest Offense Level (Terminated)
None

### Complaints
RULE 5(c)(3)

**Disposition**

**Plaintiff**

| | |
|---|---|
| USA | represented by **Mark Joseph McKeon**<br>United States Attorney's Office<br>2500 Tulare Street<br>Suite 4401<br>Fresno, CA 93721<br>559-497-4048<br>Fax: 559-497-4099<br>Email: mark.mckeon@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/23/2017 | 1 | RULE 5(c)(3) ARREST and DOCUMENTS RECEIVED from Northern District of CA. Case CR17-334 WHO as to Christian Lopez (1). (Hellings, J) (Entered: 08/23/2017) |
| 08/23/2017 | 2 | SHACKLING MINUTE ORDER signed by Magistrate Judge Barbara A. McAuliffe on 8/23/2017: Pursuant to Local Rule 401, the Court hereby determined that the appropriate restraint level for Christian Lopez is Fully Shackled (USM # **76767-097**). (Herman, H) (Entered: 08/23/2017) |
| 08/23/2017 | 3 | MINUTES (Text Only) for proceedings before Magistrate Judge Barbara A. McAuliffe on 8/23/2017: Oral motion for appointment counsel held - So Ordered, Federal Defender appointed. INITIAL APPEARANCE in RULE 5 (c)(3) PROCEEDINGS from Northern Dist of CA, San Francisco re *REDACTED* Indictment as to Christian Lopez - held. Defendant advised of charges/rights & Identity rights; True Name stated as charged; reviewed charging document, waived reading/advisement rights; request Identity Hearing; and able to proceed with detention today. Govt seeks detention. DETENTION Hearing - held. Argued & submitted - Court Orders Dft RELEASE on: O/R; 3rd party custody; *surrender passports to the U.S. District Court, Northern Dist of CA in San Francisco to the Clerk of the Court on Sept. 6, 2017* (passports is at his parents home in S.F.); and numerous PTS conditions. Defendant is FURTHER ORDERED to report to the U.S. District Court, Northern Dist of CA, S.F. on Sept. 6, 2017 at 9:30am before U.S. Magistrate Judge Sallie Kim for appearance on charges in that court. Additional ORDER - defendant is to return to this court for: ***IDENTITY HEARING set for 8/28/2017 at 02:00 PM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean***. Government Counsel: Mark McKeon - present. Defense Counsel: Andrew Wong, FD appointed - present. Custody Status: in Custody FULLY (USM # previously added for Dft) - present. Court Reporter/CD Number: ECRO - Otilia Rosales. (Herman, H) (Entered: 08/23/2017) |
| 08/23/2017 | 4 | (Court only) CJA 23 FINANCIAL AFFIDAVIT by Christian Lopez. |

| | | |
|---|---|---|
| 08/23/2017 | 5 | ORDER SETTING CONDITIONS of RELEASE signed by Magistrate Judge Barbara A. McAuliffe on 8/23/17 as to Christian Lopez (1): *Defendant must appear at U.S. District Court, Northern District of CA, San Francisco on 9/6/2017 at 9:30 AM; and at U.S. District, Fresno, CA on 8/28/2017 at 2:00 PM, before Magistrate Judge Grosjean*. (Hellings, J) (Entered: 08/24/2017) |
| 08/23/2017 | 6 | ORDER on Appearance and Compliance Bond as to Christian Lopez signed by Magistrate Judge Barbara A. McAuliffe on 8/23/17. (Hellings, J) (Entered: 08/24/2017) |
| 08/28/2017 | 7 | MINUTES (Text Only) for proceedings before Magistrate Judge Erica P. Grosjean: IDENTITY HEARING as to Christian Lopez held on 8/28/2017. Witness Brandon Stallworth sworn and testified. Government exhibits 1-6 were admitted into the record. The Court finds that defendant is the named-individual charged in the Indictment issued by the USDC, Northern District of California, San Francisco Division., Case No. CR17-334 WHO. *Defendant is directed to appear on 9/6/2017 at 9:30 AM at said Court*. Government Counsel: Mark McKeon present. Defense Counsel: Andrew Wong present. Custody Status: O/R - defendant present. Court Reporter/CD Number: ECRO - Otilia Rosales. (Rooney, M) (Entered: 08/28/2017) |
| 08/30/2017 | 8 | TRANSMITTAL of DOCUMENTS re 7 Identity Hearing on *8/28/2017* to * U.S. District Court* *Northern District of California* *450 Golden Gate Avenue, Box 36060* *San Francisco, CA 94102*. *Electronic Documents: 1 to 7 * (Hellings, J) (Entered: 08/30/2017) |
| 08/30/2017 | 🔒 | (Court only) ***TERMINATED DEFENDANT Christian Lopez. (Hellings, J) (Entered: 08/30/2017) |