ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTOPHER D. VIEIRA  (CABN 273781)
Special Assistant United States Attorney

RANDALL LEONARD (FLBN 0056205)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301
    Fax: (415) 436-7234
    Email: Christopher.Vieira@usdoj.gov
           Randall.Leonard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-00334 WHO |
| Plaintiff, | UNITED STATES' TRIAL EXHIBIT LIST |
| v. | |
| CHRISTIAN LOPEZ, | Trial Date: April 2, 2018 |
| | Pretrial Conference: March 12, 2018 |
| Defendant. | |

GOVERNMENT'S TRIAL EXHIBIT LIST
CR 17-00334 WHO

The United States hereby provides this notice of its intent to mark the following exhibits at the trial of the above-captioned case. The United States reserves the right to amend the list prior to and during trial as necessary.

DATED: March 5, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

　　　　　　/s/
CHRISTOPHER VIEIRA
RANDY LEONARD
Attorneys for the United States

GOVERNMENT'S TRIAL EXHIBIT LIST
CR 17-00334 WHO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.:  CR 17-00334 WHO                    Date:  April 2, 2018

United States of America          vs.     Christian Lopez

**TRIAL EXHIBIT LIST**

| Exhibit Number | Date Marked for Identification | Date Admitted in Evidence | Description |
|---|---|---|---|
| 1 | | | Methamphetamine purchased on December 4, 2015, and related packaging |
| 2 | | | DEA Chemical Analysis Report dated November 18, 2016 (US-CLCR-00060) |
| 3 | | | Methamphetamine purchased on October 6, 2016, and related packaging |
| 4 | | | DEA Chemical Analysis Report dated November 18, 2016 (US-CLCR-00061 – US-CLCR-00062) |
| 5 | | | Audio recording of telephone call from Dec. 2, 2015, at 6:46 pm (US-CLCR-00063, file name "2015-12-02_18-46-11_PST") |
| 5-A | | | Transcript of Exhibit 5 (forthcoming) |
| 6 | | | Audio recording of telephone call from Dec. 2, 2015, at 6:53 pm (US-CLCR-00063, file name "2015-12-02_18-53-40_PST") |
| 6-A | | | Transcript of Exhibit 6 (forthcoming) |
| 7 | | | Audio recording of telephone call from Dec. 2, 2015, at 7:08 pm (US-CLCR-00063, file name "2015-12-02_19-08-19_PST") |
| 7-A | | | Transcript of Exhibit 7 (forthcoming) |
| 8 | | | Audio recording of telephone call from Dec. 2, 2015, at 7:14 pm (US-CLCR-00063, file name "2015-12-02_19-14-17_PST") |
| 8-A | | | Transcript of Exhibit 8 (forthcoming) |
| 9 | | | Audio recording of telephone call from Dec. 2, 2015, at 7:32 pm (US-CLCR-00063, file name "2015-12-02_19-32-59_PST") |
| 9-A | | | Transcript of Exhibit 9 (forthcoming) |
| 10 | | | Audio recording of telephone call from Dec. 2, 2015, at 7:40 pm (US-CLCR-00063, file name "2015-12-02_19-40-49_PST") |
| 10-A | | | Transcript of Exhibit 10 (forthcoming) |

| Exhibit Number | Date Marked for Identification | Date Admitted in Evidence | Description |
|---|---|---|---|
| 11 | | | Audio recording of telephone call from Dec. 3, 2015, at 5:39 pm (US-CLCR-00063, file name "2015-12-03_17-39-44_PST") |
| 11-A | | | Transcript of Exhibit 11 (forthcoming) |
| 12 | | | Audio recording of telephone call from Dec. 3, 2015, at 6:11 pm (US-CLCR-00063, file name "2015-12-03_18-11-34_PST") |
| 12-A | | | Transcript of Exhibit 12 (forthcoming) |
| 13 | | | Audio recording of telephone call from Dec. 4, 2015, at 10:03 am (US-CLCR-00063, file name "2015-12-04_10-03-04_PST") |
| 13-A | | | Transcript of Exhibit 13 (forthcoming) |
| 14 | | | Audio recording of telephone call from Dec. 4, 2015, at 11:00 am (US-CLCR-00063, file name "2015-12-04_11-00-15_PST") |
| 14-A | | | Transcript of Exhibit 14 (forthcoming) |
| 15 | | | Audio recording of telephone call from Dec. 4, 2015, at 11:37 am (US-CLCR-00063, file name "2015-12-04_11-37-00_PST") |
| 15-A | | | Transcript of Exhibit 15 (forthcoming) |
| 16 | | | Audio recording of telephone call from Dec. 4, 2015, at 11:50 am (US-CLCR-00063, file name "2015-12-04_11-50-33_PST") |
| 16-A | | | Transcript of Exhibit 16 (forthcoming) |
| 17 | | | Audio recording of telephone call from Dec. 4, 2015, at 11:52 am (US-CLCR-00063, file name "2015-12-04_11-52-58_PST") |
| 17-A | | | Transcript of Exhibit 17 (forthcoming) |
| 18 | | | Audio recording of telephone call from Dec. 4, 2015, at 12:54 pm (US-CLCR-00063, file name "2015-12-04_12-54-09_PST") |
| 18-A | | | Transcript of Exhibit 18 (forthcoming) |
| 19 | | | Audio recording of telephone call from Dec. 4, 2015, at 1:21 pm (US-CLCR-00063, file name "2015-12-04_13-21-03_PST") |
| 19-A | | | Transcript of Exhibit 19 (forthcoming) |
| 20 | | | Audio/video recording from body camera, Dec. 4, 2015 (US-CLCR-00066) |
| 20-A | | | Transcript of Exhibit 20 (forthcoming) |
| 21 | | | Audio recording of telephone call from Sept. 9, 2016, at 10:05 am (US-CLCR-00064, file name "2016-09-09_10-05-53_PDT") |
| 21-A | | | Transcript of Exhibit 21 (forthcoming) |

TRIAL EXHIBIT LIST
CR 17-00334 WHO                    2

| Exhibit Number | Date Marked for Identification | Date Admitted in Evidence | Description |
|---|---|---|---|
| 22 | | | Audio recording of telephone call from Sept. 12, 2016, at 11:41 am (US-CLCR-00064, file name "2016-09-12_11-41-28_PDT") |
| 22-A | | | Transcript of Exhibit 22 (forthcoming) |
| 23 | | | Audio recording of telephone call from Sept. 12, 2016, at 2:53 pm (US-CLCR-00064, file name "2016-09-12_14-53-43_PDT") |
| 23-A | | | Transcript of Exhibit 23 (forthcoming) |
| 24 | | | Audio recording of telephone call from Oct. 6, 2016, at 5:33 pm (US-CLCR-00065, file name "2016-10-06_17-33-16_PDT") |
| 24-A | | | Transcript of Exhibit 24 (forthcoming) |
| 25 | | | Audio recording of telephone call from Oct. 6, 2016, at 6:02 pm (US-CLCR-00065, file name "2016-10-06_18-02-00_PDT") |
| 25-A | | | Transcript of Exhibit 25 (forthcoming) |
| 26 | | | Audio recording of telephone call from Oct. 6, 2016, at 6:09 pm (US-CLCR-00065, file name "2016-10-06_18-09-34_PDT") |
| 26-A | | | Transcript of Exhibit 26 (forthcoming) |
| 27 | | | Audio recording of telephone call from Oct. 6, 2016, at 6:22 pm (US-CLCR-00065, file name "2016-10-06_18-22-29_PDT") |
| 27-A | | | Transcript of Exhibit 27 (forthcoming) |
| 28 | | | Audio recording of telephone call from Oct. 6, 2016, at 7:17 pm (US-CLCR-00065, file name "2016-10-06_19-17-00_PDT") |
| 28-A | | | Transcript of Exhibit 28 (forthcoming) |
| 29 | | | Audio recording of telephone call from Oct. 6, 2016, at 7:50 pm (US-CLCR-00065, file name "2016-10-06_19-50-56_PDT") |
| 29-A | | | Transcript of Exhibit 29 (forthcoming) |
| 30 | | | Audio recording of telephone call from Sept. 19, 2017, at 2:15 pm (US-CL-00018, file name "2017-09-19_14-15-13_PDT") |
| 30-A | | | Transcript of Exhibit 30 (forthcoming) |
| 31 | | | Audio/video recording from body camera, Oct. 6, 2016 (US-CL-00023) |
| 31-A | | | Transcript of Exhibit 31 (forthcoming) |
| 32 | | | Audio/video recording from overhead camera, Oct. 6, 2016 (US-CL-00024, file name "003_R_161006203125") |
| 33 | | | Audio/video recording from overhead camera, Oct. 6, 2016 (US-CL-00024, file name "004_R_161006203125") |

| Exhibit Number | Date Marked for Identification | Date Admitted in Evidence | Description |
|---|---|---|---|
| 34 | | | Table showing phone calls between Lopez and an undercover officer in September 2017 (US-CL-00016) |
| 35 | | | Table showing phone calls and text messages between Lopez and the CI in September 2017 (US-CL-00017) |
| 36 | | | Table showing phone calls and text messages between Lopez and the CI in December 2015 (US-CLCR-00055 – US-CLCR-00056) |
| 37 | | | Table showing phone calls and text messages between Lopez and the CI from June 2016 – September 2016 (US-CLCR-00057 – US-CLCR-00058) |
| 38 | | | Table showing phone calls and text messages between Lopez and the CI in October 2016 (US-CLCR-00059) |
| 39 | | | Photograph of Colombo's Liquors (US-CL-00122) |
| 40 | | | Photograph from Colombo's Liquors looking south along Linden (US-CL-00123) |
| 41 | | | Surveillance photograph from Dec. 4, 2015 (US-CLCR-00014) |
| 42 | | | Surveillance photograph from Dec. 4, 2015 (US-CLCR-00015) |
| 43 | | | Still shot from US-CLCR-00066 (US-CLCR-00021) |
| 44 | | | Still shot from US-CLCR-00066 (US-CLCR-00022) |
| 45 | | | Still shot from US-CLCR-00066 (US-CLCR-00024) |
| 46 | | | Still shot from US-CLCR-00066 (US-CLCR-00025) |
| 47 | | | Call records from TextNow for phone number 650-435-7332 (US-CL-00041 – US-CL-00044) |
| 48 | | | Text message records from TextNow for phone number 650-435-7332 (US-CL-00045 – US-CL-00062) |
| 49 | | | Text message content from TextNow for phone number 650-435-7332 (US-CL-00063 – US-CL-00116) |
| 50 | | | Subscriber information for phone number 650-435-7332 (US-CL-00117 – US-CL-00120) |
| 51 | | | 902(11) certificate for TextNow records (US-CL-00121) |
| 52 | | | ATF Report of Investigation No. 1 (US-CLCR-00001 – US-CLCR-00005) |
| 53 | | | ATF Report of Investigation No. 2 (US-CLCR-00006 – US-CLCR-00016) |
| 54 | | | ATF Report of Investigation No. 3 (US-CLCR-00017 – US-CLCR-00034) |
| 55 | | | ATF Report of Investigation No. 4 (US-CLCR-00035 – US-CLCR-00040) |
| 56 | | | ATF Report of Investigation No. 5 (US-CLCR-00041 – US-CLCR-00043) |
| 57 | | | ATF Report of Investigation No. 6 (US-CLCR-00044 – US-CLCR-00051) |

TRIAL EXHIBIT LIST
CR 17-00334 WHO                                4

| Exhibit Number | Date Marked for Identification | Date Admitted in Evidence | Description |
|---|---|---|---|
| 58 | | | ATF Report of Investigation No. 7 (US-CLCR-00052 – US-CLCR-00053) |
| 59 | | | ATF Report of Investigation No. 8 (US-CLCR-00054) |
| 60 | | | Informant Agreements of confidential informant (CI-0001 – CI-0006) |
| 61 | | | Government's disclosure letter regarding confidential informant dated Feb. 27, 2018 |
| 62 | | | Defendant's Order Setting Conditions of Release and Appearance Bond, signed September 8, 2017 |

A number of exhibits will be used, as necessary, to refresh recollection or as past recollection recorded, or for similar purposes.