**FILED**

APR 06 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN LOPEZ,<br><br>　　　　Defendant. | Case No. 17-cr-00334-WHO-1<br><br>**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |

IT IS HEREBY ORDERED THAT Christian Lopez shall be released forthwith from the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: April 6, 2018

_____
WILLIAM H. ORRICK
United States District Judge