UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTIAN LOPEZ,<br><br>    Defendant. | Case No. CR 17-334 WHO<br><br>VERDICT FORM |

FILED

APR - 6 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

We, the jury in this case, find as follows:

**COUNT ONE**

1. Has the government proven the defendant, CHRISTIAN LOPEZ, guilty beyond a reasonable doubt of conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846, as charged in Count One?

NO, NOT GUILTY        YES, GUILTY

    X

_____        _____

2. Please answer the following question only if you have found the defendant, CHRISTIAN LOPEZ, guilty in Question 1.

Has the government proven beyond a reasonable doubt that the defendant conspired to distribute at least 5 grams of methamphetamine, its salts, isomers, or salts of its isomers?

NO        YES

_____        _____

**COUNT TWO**

3. Has the government proven the defendant, CHRISTIAN LOPEZ, guilty beyond a reasonable doubt of distributing methamphetamine, in violation of 21 U.S.C. § 841(a)(1), as charged in Count Two?

NO, NOT GUILTY        YES, GUILTY

    X

_____        _____

4. Please answer the following question only if you have found the defendant, CHRISTIAN LOPEZ, guilty in Question 3.

Has the government proven beyond a reasonable doubt that the defendant distributed at least 5 grams of methamphetamine, its salts, isomers, or salts of its isomers?

NO                                                          YES

_____                                      _____

**COUNT THREE**

5. Has the government proven the defendant, CHRISTIAN LOPEZ, guilty beyond a reasonable doubt of distributing methamphetamine, in violation of 21 U.S.C. § 841(a)(1), as charged in Count Three?

NO, NOT GUILTY                                      YES, GUILTY

___X___                                                    _____

//

6. Please answer the following question only if you have found the defendant, CHRISTIAN LOPEZ, guilty in Question 5.

Has the government proven beyond a reasonable doubt that the defendant distributed at least 5 grams of methamphetamine, its salts, isomers, or salts of its isomers?

NO                                                          YES

_____                                      _____

Dated: April 6, 2018

*[signature]*

AKIK PARIKH
FOREPERSON