UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 6, 2018  **Time:** 3 minutes  **Judge:** WILLIAM H. ORRICK
1:53 p.m. to 1:56 p.m.

**Case No.**: 17-cr-00334-WHO-1  **Case Name:** UNITED STATES v. Lopez

**Attorney for Plaintiff:**  Sheila Armbrust
**Attorney for Defendant:**  Shaffy Moeel
Defendant **Christian Lopez** - present, O/R

**Deputy Clerk:** Jean Davis  **Court Reporter:** Belle Ball
**Interpreter:** n/a  **Probation Officer:** Alton Dural

## PROCEEDINGS

Parties appear for status conference following Mr. Lopez's beginning a 5-year term of probation on or about September 13, 2018.  Mr. Dural reports that Mr. Lopez has been compliant with all conditions and has been performing well on Probation.  He has been compliant with location monitoring and mental health and drug treatment.  He has maintained a stable residence with his parents, has obtained full time employment, and is assisting his parents financially while his father continues recovery from an injury which prevents him from working. The Court congratulates Mr. Lopez on his good efforts and encourages him to continue the good work.

**CASE CONTINUED TO: May 9, 2019 at 1:30 p.m. for further Status Conference.**