12/19/2018 02:43 PM PDT    Version 7.1    Page 1    of    1

# U.S. Courts
## Case Inquiry Report
Case Num: DCAN317CR000334;  Party Num: 001;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Case Number**    DCAN317CR000334    **Case Title**    USA V. LOPEZ ET AL

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | CAN8342 | CHRISTIAN LOPEZ | 317-0003341 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| | | | | | | 100.00 | 100.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | | Payee Line# | Depository Line# | J/S Account Code | | | |
| CT 34611138667 | | 12/06/2018 | 12/06/2018 | PR | 100.00 | CHRISTIAN LOPEZ | | O | 04 | 504100 |
| DCAN317CR000334-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |

**SPECIAL ASSESSMENT
PAID IN FULL**

Defendant: Christian Lopez

Amount $ 100.00    Date: 12/6/18